IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOANN ORTIZ,

    Plaintiff,

v.                                Case No. 1:16-cv-000739-WPL-KK
SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

## JOINT MOTION TO DISMISS DEFENDANT SAFECO INSURANCE COMPANY OF AMERICA WITH PREJUDICE

Plaintiff Joann Ortiz ("Plaintiff"), and Defendant, Safeco Insurance Company of America ("Safeco"), by and through their respective counsel, hereby respectfully request that the Court dismiss Plaintiff's claims against Safeco with prejudice. As grounds for this Motion, the parties state that they have amicably resolved any and all issues between them, and no further controversies exist.

WHEREFORE, Plaintiff and Safeco respectfully request that the Court enter its Order dismissing Plaintiff's claims against Safeco with prejudice, with each party to bear its, or her own costs.

Respectfully submitted,

RAY, MCCHRISTIAN & JEANS, P.C.

By: */s/ Shannon A. Parden*
    Shannon A. Parden
    Shona L. Zimmerman
    6000 Uptown Blvd. NE, Ste. 307
    Albuquerque, NM 87110
    Tel. (505)855-6000
    Fax (505)212-0140
    sparden@rmjfirm.com
    szimmerman@rmjfirm.com
    *Attorneys for Safeco Insurance Company of America*

By: */s/ electronically approved 11/28/16*
Brian G. Grayson
4700 Lincoln Rd. Suite 107
Albuquerque, NM 87109
(505) 273-8570
(505) 214-5007 (fax)
*Attorney for Plaintiff*

and

Mary Anne D'Arcangelis
620 Roma Ave. NW
Albuquerque, NM 87102
(505) 243-1223
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served by email and through the Court's CM/ECF system this 28th day of November, 2016 to all counsel of record as follows:

| | |
|---|---|
| Brian G. Grayson | Mary Anne D'Arcangelis |
| Grayson Law Office, LLC | 620 Roma Ave NW |
| 4700 Lincoln Rd. Suite 107 | Albuquerque, NM 87102 |
| Albuquerque, NM 87109 | (505) 243-1223 |
| (505) 273-8570 | (505) 246-2668 (fax) |
| (505) 214-5007 (fax) | *Attorney for Plaintiff* |
| *Attorney for Plaintiff* | |