IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOANN ORTIZ,

    Plaintiff,

v.                      Case No. 1:16-cv-000739-WPL-KK

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court upon the Joint Motion of Plaintiff Joann Ortiz ("Plaintiff"), and Defendant Safeco Insurance Company of America ("Safeco") to dismiss Plaintiff's claims against Safeco with prejudice. (Doc. 41.) The Court, having reviewed the Joint Motion and being otherwise fully advised in the premises, finds that the Motion is well taken and shall be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the claims of Plaintiff Joann Ortiz against Safeco are hereby dismissed with prejudice, with each party to bear its or her own costs.

_____
WILLIAM P. LYNCH
UNITED STATES MAGISTRATE JUDGE

Submitted by:

RAY, MCCHRISTIAN & JEANS, PC


By: */s/ Shannon A. Parden*
      Shannon A. Parden
      Shona L. Zimmerman
      6000 Uptown Blvd. NE, Ste. 307
      Albuquerque, NM 87110
      Tel. (505)855-6000
      Fax (505)212-0140
      sparden@rmjfirm.com
      szimmerman@rmjfirm.com
      *Attorneys for Safeco Insurance*
      *Company of America*


Approved by:


By: */s/ Brian G. Grayson electronically approved 11/28/16*
      Brian G. Grayson
      4700 Lincoln Rd. Suite 107
      Albuquerque, NM 87109
      (505) 273-8570
      (505) 214-5007 (fax)
      *Attorney for Plaintiff*

and

      Mary Anne D'Arcangelis
      620 Roma Ave. NW
      Albuquerque, NM 87102
      (505) 243-1223
      *Attorney for Plaintiff*